UNITED STATES of America,
Plaintiff-Appellee

v.

Jorge LEON-GUTIERREZ,
Defendant-Appellant

No. 16-40530
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Date Filed: 12/15/2016

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Jorge Leon-Gutierrez, Pro Se

Before KING, DENNIS, and COSTA, Circuit Judges,

PER CURIAM: *

The Federal Public Defender appointed to represent Jorge Leon-Gutierrez has moved for leave to withdraw and has filed a brief in accordance with Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and United States v. Flores, 632 F.3d 229 (5th Cir. 2011). Leon-Gutierrez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We agree with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. See 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.